# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0820. JEFF MOSS v. THE STATE**.

Following a jury trial, Jeffrey Moss was convicted in 2016 of a number of sexual offenses involving minors, including three counts of aggravated child molestation. He was sentenced to three consecutive life terms plus 20 years. This Court subsequently dismissed as untimely both Moss's appeal of an order denying his motion for a new trial, *Moss v. State*, Case No. A20A1881 (June 8, 2020), and his appeal of an order denying his motion for an out-of-time appeal. *Moss v. State*, Case No. A22A0606 (Dec. 7, 2021). In 2025, Moss filed a pro se "Motion to Cure Defects," alleging numerous procedural irregularities and defects in the record related to his motion for a new trial. On June 18, 2025, the trial court entered an order summarily denying Moss's motion. Moss filed his notice of appeal from that order on August 18, 2025.[1] We lack jurisdiction.

Assuming arguendo that Moss was otherwise entitled to a direct appeal in this case, his appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Moss's notice of appeal was untimely, as it was filed 61 days after

---

[1] Moss directed his notice of appeal to the Supreme Court, which then transferred the matter to this Court. See *Moss v. State*, Case No. S26A0202 (Oct. 15, 2025).

entry of the trial court's order. Consequently, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,    12/10/2025                    *

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*